| From: | no-reply@efilingmail.tylertech.cloud |
|---|---|
| To: | Trang Tran |
| Subject: | Filing Accepted for Case: 24-C-04560-S4; MILDRED ROSE LLCvsFIRST AMERICAN TITLE INSURANCE CO; Envelope Number: 15460504 |
| Date: | Tuesday, July 2, 2024 10:46:15 AM |

**CAUTION - EXTERNAL:**



# Filing Accepted

Envelope Number: 15460504
Case Number: 24-C-04560-S4
Case Style: MILDRED ROSE LLCvsFIRST AMERICAN TITLE INSURANCE CO

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| Court | Gwinnett County - State Court |
| Case Number | 24-C-04560-S4 |
| Case Style | MILDRED ROSE LLCvsFIRST AMERICAN TITLE INSURANCE CO |
| Date/Time Submitted | 7/2/2024 10:21 AM EST |
| Date/Time Accepted | 7/2/2024 10:44 AM EST |
| Accepted Comments | |
| Filing Type | Notice |
| Filing Description | Order of Remand from United States District Court, Northern GA |
| Activity Requested | EFile |
| Filed By | Trang Tran |
| Filing Attorney | Kevin Weimer |

| Document Details | |
|---|---|
| Lead Document | 2659 stamped order to remand and docket sheet.pdf |
| Lead Document Page Count | 5 |
| File Stamped Copy | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter | |

> your email address. Click [here](#) for more information.

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.